UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE FRANK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, USP ATWATER,<br><br>　　　　　　Respondent. | Case No. 1:21-cv-00568-HBK<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR JUDICIAL NOTICE<br><br>(Doc. No. 12) |

Petitioner Jimmy Lee Frank, a federal prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1). On April 8, 2021, the court ordered respondent to respond to the petition. (Doc. No. 5). On May 12, 2021, petitioner filed a "Motion to Add Supplementing Case," which the court construes as a request for judicial notice. (Doc. No. 12).

Petitioner requests to "add" an unrelated criminal case, *United States v. Fields*, No. 2:16-cr-363-JCM (GWF) (D. Nev. Jul. 29, 2020), to the instant case. Neither the Federal Rules of Civil Procedure, nor the Rules Governing 2254 Cases in the U.S. District Courts contemplate the joinder of criminal and civil cases. Accordingly, the court declines to "add" the criminal case to the instant case.

However, under Federal Rule of Evidence 201(b)(2), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined

from sources whose accuracy cannot reasonably be questioned." Here, petitioner seeks the court to take notice of a closed criminal case in the U.S. District Court for the District of Nevada. The briefing and orders in the named criminal matter are readily available to the court through the PACER database, an accurate source of information. Accordingly, the court will grant petitioner's request to take judicial notice of the briefing and orders in *Fields*, No. 2:16-cr-363-JCM (GWF). However, the court's judicial notice of *Fields* does not constitute an endorsement or application of the findings in *Fields* to the instant matter.

Accordingly, it is **ORDERED** that petitioner's request for judicial notice (Doc. No. 12) be **GRANTED**.

IT IS SO ORDERED.

Dated: May 18, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE