UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE FRANK,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, USP-ATWATER,<br><br>    Respondent. | Case No.  1:21-CV-00568-HBK (HC)<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNEMENT'S NOTICE<br><br>(Doc. No. 18) |

    Before the Court is Respondent's Notice of its Request to Seal Appendix to Respondent's Motion to Dismiss and Response to Petitioner's 2241 Petition. (Doc. No. 18). Petitioner Jimmy Lee Frank, a federal prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1).

    Pursuant to Local Rule 141(b), Respondent files a Notice of its Request to Seal the documents contained in their Appendix that are currently under seal in Petitioner's court of conviction. Respondent requests that these documents remain under seal in this Court because the records contain private or personal information related to Petitioner. Respondent further requests these documents remain filed under seal in furtherance of the concerns of the court of conviction. Petitioner has access to the documents. The Court finds that, for the reasons stated in Respondent's Notice and its Request, sealing both the Respondent's Request and Appendix serves a compelling interest. *See Kamakana v. City and County of Honolulu*, 447 F. 3d 1172,

1179-1180 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

Accordingly, it is **ORDERED**:

The Court GRANTS Respondent's Request as referenced in their Notice (Doc. No. 18) and directs the Respondent to provide an electronic copy of the document to be sealed to the Clerk of Court, at which time the Clerk of Court will file the document under seal. *See* Local Rule 141(e)(2)(i).

Dated:   July 27, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2