UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE FRANK,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, USP ATWATER,<br><br>  Respondent. | Case No. 1:21-cv-00568-HBK<br><br>ORDER STRIKING LETTER FROM THE RECORD<br><br>(Doc. No. 29) |

Petitioner Jimmy Lee Frank, a federal prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1). Before the Court is Petitioner's "Motion Asking for a Fair Ruling." (Doc. No. 29). Although Petitioner fashions his filing as a motion, Petitioner addresses his filing to "Judge Mrs. Helena Barch-Kuchta" and generally requests the Court "to take sympathy" on him and rule in his favor, asking for a "second chance at freedom" so that he may spend time with his children. (*Id*. at 1). The Court construes the pleading not as a motion but as an improper *ex parte* letter addressed to the Court. "No petition or motion shall be addressed to an individual Judge or Magistrate Judge." Local Rule 190(c). Further, Petitioner has failed to serve a copy of this filing on Respondent, in violation of Local Rule 135(d), which states that "[u]nless a party expressly waives service, copies of all documents submitted to the Court shall be served upon all parties to the action."

Accordingly, the **Clerk of Court** shall **STRIKE** from the docket the improperly filed letter

(Doc. No. 29) and terminate it as a pending motion.

Dated:   August 31, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE