UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE FRANK,<br><br>           Petitioner,<br><br>      v.<br><br>WARDEN, USP ATWATER,<br><br>           Respondent. | Case No.   1:21-cv-00568-HBK<br><br>ORDER STRIKING PETITIONER'S UNAUTHORIZED PLEADING FROM THE RECORD<br><br>(Doc. No. 37)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR REVIEW OF PETITION<br><br>(Doc. No. 38) |

   Petitioner Jimmy Lee Frank ("Petitioner" or "Frank"), a federal prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. No. 1). Before the Court is Petitioner's "Motion – Change of Law 65% to 75%."  (Doc. No. 37) and Petitioner's "Motion – Pertaining Respondent Deadline" (Doc. No. 38).

   **A. Motion – Change of Law 65% to 75%**

   The Rules Governing Section 2254 Cases in the United States District Courts provide for the filing of a habeas petition (Rule 2), an answer, and a reply (Rule 5).  Additional briefing may be permitted upon a court order to expand the record (Rule 7).  In this case, Petitioner submitted a response to Respondent's motion to dismiss, and was also permitted to submit a supplemental response.  (Doc. Nos. 28, 32, 35).  To the extent discernable, Petitioner's "Motion – Change of Law 65% to 75%" is restating the same request for relief made in his petition, and the same

arguments made in his response to Respondent's motion to dismiss. (Doc. Nos. 1, 28, 37). The Court has not ordered Petitioner to submit any additional briefing. Therefore, the Court will order Petitioner's unauthorized pleading stricken from the record. Petitioner is advised to refrain from submitting additional pleadings without leave of court.

**B. Motion – Pertaining Respondent Deadline**

Petitioner appears to argue that Respondent has "missed" deadlines, and Petitioner is "expecting and waiting on the Judge ruling of both party's claims." (Doc. No. 38). However, the Court's review of the record indicates that Respondent filed a motion to dismiss and filed a reply, as permitted by the Court to Petitioner's supplemental response, within the prescribed timeframes. Further, the Court has the discretion to manage its own docket. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992). While the Court endeavors to handle all matters as expeditiously as possible, this Court has "long labored under one of the heaviest caseloads in the nation." *See* Standing Order in Light of Ongoing Judicial Emergency in Eastern District of California. The Court notes this matter is fully briefed and will issue an opinion in due course. Petitioner may consider his motion for review granted to the extent that the Court will consider and review this matter as quickly as its caseload permits.

Accordingly, it is ORDERED:

1. Petitioner's unauthorized pleading (Doc. No. 37) is **STRICKEN** from the record.

2. The clerk of court is directed to **STRIKE the pleading** (Doc. No. 32) from the record.

3. Petitioner's Motion Pertaining to Respondent Deadline (Doc. No. 38) is GRANTED.

Dated:   January 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2